**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000007
22-JUN-2020
09:59 AM**

NO. CAAP-20-0000007

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST,
Plaintiff-Appellee, v. PAUL ADDISON CRAWFORD,
Defendant-Appellant, and MARY CRAWFORD; SECRETARY
OF HOUSING AND URBAN DEVELOPMENT; JORDAN HARA; LINDA SAN JOSE;
FRANCE SAN JOSE; DANAMICHAEL DUTRO, Defendants-Appellees,
and DOES 1 through 20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-364)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On January 2, 2020, self-represented Defendant-Appellant Paul Addison Crawford (Paul Crawford) conventionally filed the notice of appeal in the Circuit Court of the Third Circuit;

(2) On January 6, 2020, the circuit court clerk electronically filed the notice of appeal here to create this appeal;

(3) On March 6, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before March 16, 2020, and April 15, 2020, respectively;

(4) Paul Crawford failed to file either document or request an extension of time;

(5) On May 21, 2020, the appellate clerk notified Paul Crawford that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 1, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Paul Crawford could request relief from default by motion; and

(6) Paul Crawford took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 22, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge